| | |
|---|---|
| MARA T. PILOTTI,<br><br>             Plaintiff,<br><br>     v.<br><br>CALIBER HOME LOANS, INC; OCWEN LOAN SERVICING, LLC; BANK OF AMERICA, N.A.; and DOES 1 through 50, inclusive<br><br>             Defendants. | Case No.:  3:15-cv-04734-MEJ<br><br>Assigned to the Hon. Maria-Elena James<br><br>**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT AS TO OCWEN LOAN SERVICING, LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**Hearing:** [No Hearing Required] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

The Court having considered the *Stipulation to Dismiss Complaint as to Ocwen Loan Servicing, LLC Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *defendant* Ocwen Loan Servicing, LLC, and *plaintiff* Mara T. Pilotti, and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice* as to Ocwen Loan Servicing, LLC.

*/././/*

*/././/*

*/././/*

*/././/*

*/././/*

1   **IT IS FURTHER ORDERED** that Ocwen Loan Servicing, LLC, is excused from all future
2   hearing dates in this action.
3   **IT IS SO ORDERED**.

5   Dated: __October 22, 2015__          _____
                                          HON. MARIA-ELENA JAMES
                                          UNITED STATES MAGISTRATE JUDGE