UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA T. PILOTTI,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-04734-MEJ<br><br>**STATUS ORDER** |

This matter is currently scheduled for a Case Management Conference on January 14, 2016.  However, as no joint statement has been filed, the Court VACATES the conference and ORDERS Plaintiff to e-file a status report by January 19, 2016.  No chambers copy is required.

**IT IS SO ORDERED.**

Dated: January 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge